**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 03-7129**

—————

MICHAEL BLACK,

                                        Petitioner - Appellant,

        versus

ARTHUR F. BEELER, Warden-FMC, Butner, NC,

                                        Respondent - Appellee.

—————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-03-195-5-HO)

—————

Submitted:  September 30, 2003      Decided:  October 8, 2003

—————

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Michael Black, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Michael Black, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Black v. Beeler, No. CA-03-195-5-HO (E.D.N.C. July 7, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.


                                                    AFFIRMED

2